

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK COURT

MR. JIRI PIK,

      Plaintiff,

  v.

THE INSTITUTE OF INTERNATIONAL EDUCATION,
THE J. WILLIAM FULBRIGHT COMMISSION OF THE
CZECH REPUBLIC AND JOHN AND JANE DOES 1-10,

      Defendants.

No. 08-CV-3909
(NRB)

**NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT THE INSTITUTE OF INTERNATIONAL EDUCATION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

  Please take notice that Defendant, The Institute of International Education ("IIE"), substitutes its counsel in this matter.

<u>Former Counsel</u>

Defendant IIE's former counsel:

Patrick D. Bonner, Jr., Esq.
Menz Bonner & Komar LLP
Two Grand Central Tower
140 E 45th Street, 20th Floor
New York, NY 10017

will no longer be its counsel.

<u>New Counsel</u>

  Defendants IIE's new counsel, effective immediately, on whom all notices and papers may be served is:

Ernest R. Stolzer (ES2242)
Amy M. Culver (AC1980)
Bond, Schoeneck & King, PLLC
330 Madison Avenue, 39th Floor
New York, NY 10017
Ph: (646) 253-2300
Fax: (646) 253-2301

## Substitution Based on Consent

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in this matter:

The Institute of International Education

By: _____
Jaye Chen
General Counsel

Date: 6 August, 2008

Menz Bonner & Komar LLP

By: _____
Patrick D. Bonner, Jr., Esq. (PB4173)

Date: July 31, 2008

Bond, Schoeneck & King, PLLC

By: _____
Ernest R. Stolzer (ES2242)

Date: August 6, 2008

## ORDER

SO ORDERED.

Dated: August 11, 2008

_____
Naomi Reice Buchwald
United States District Judge

20350.1 7/31/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK COURT

MR. JIRI PIK,

                Plaintiff,

      v.

THE INSTITUTE OF INTERNATIONAL EDUCATION,
THE J. WILLIAM FULBRIGHT COMMISSION OF THE
CZECH REPUBLIC AND JOHN AND JANE DOES 1-10,

                Defendants.

No. 08-CV-3909
(NRB)

**AFFIDAVIT IN SUPPORT OF NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL**

STATE OF NEW YORK   )
                           ) ss:
COUNTY OF NEW YORK )

ERNEST R. STOLZER, being duly sworn, deposes and says:

1. I am a member of the law firm of Bond, Schoeneck & King, PLLC, and submit this affidavit in support of the request to change attorneys in the above-captioned matter submitted by Defendant the Institute of International Education, Inc. ("IIE").

2. Plaintiff filed the original complaint in this action on or about April 25, 2008.

3. Defendant IIE is the owner of a National Union Not-For-Profit Protector Insurance Policy ("Policy") issued by the National Union Insurance Company of Pittsburgh, PA ("National Union"). Pursuant to that Policy, National Union retained A.I.G. Domestic Claims, Inc. ("AIG") to handle the insurance claim arising out of the Policy.

4. That Policy requires IIE to choose a firm from a list of Panel Counsel pre-approved by AIG to represent it in claims handled by AIG. Bond, Schoeneck & King, PLLC is on AIG's list of Panel Counsel; however the firm of Menz, Bonner & Komar, LLP is not.

5. Pursuant to the terms of the Policy, IIE chose to be further represented in this matter by Bond, Schoeneck & King, PLLC. We were formally retained by IIE on or about July 14, 2008.

6. Menz, Bonner & Komar, LLP has consented to the substitution of Counsel.

7. By letter dated July 21, 2008, Judge Buchwald gave Plaintiff the opportunity to file an Amended Complaint in this action. Plaintiff then filed a First Amended Complaint on or about August 4, 2008. Defendant IIE is currently preparing a response to the First Amended Complaint.

8. Due to the fact that I have become fully familiar with the facts in this case, and the First Amended Complaint has just been served, the substitution of Bond, Schoeneck & King as attorneys for Defendant IIE will not result in any undue delay in the proceedings.

_____
Ernest R. Stolzer

Sworn to before me this
7th day of August, 2008

_____
Notary Public

AMY MARIE CULVER
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02CU6176128
Qualified in New York County
Commission Expires October 29, 11